**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
MISTER BAILEY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISTER BAILEY,<br><br>                Plaintiff,<br><br>     vs.<br><br>MAIMUNA ENTERPRISES, INC. D/B/A EL SERENO LIQUOR; SOHRAB CINA GRAND LLC; and DOES 1 to 10,<br><br>                Defendants. | **Case No.: 2:20-cv-10470 RSWL (JEMx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MISTER BAILEY ("Plaintiff") and Defendants MAIMUNA ENTERPRISES, INC. D/B/A EL SERENO LIQUOR and SOHRAB CINA GRAND LLC (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action including all named defendants under the Complaint, in its entirety.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  May 27, 2021          SO. CAL. EQUAL ACCESS GROUP

By: _/s/       Jason J. Kim_____
    Jason J. Kim
    Attorneys for Plaintiff

Dated: May 27, 2021           **COLLINS AND KHAN LLP**

By: _____/s/ Azim Khanmohamed_____
    Azim Khanmohamed
    Attorney for Defendants

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 27, 2021          By: _/s/ Jason J. Kim_____
                                  Jason J. Kim